154 So. 920

### Von L. THOMPSON v. STATE BAR.
### 6 Div. 78.

Supreme Court of Alabama.
April 17, 1934.

Von L. Thompson, of Birmingham, for appellant.

R. B. Evins and W. B. Harrison, both of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed.

---

154 So. 920

### Addie TRAMMELL v. Ernest E. TRAMMELL.
### 6 Div. 484.

Supreme Court of Alabama.
April 19, 1934.

PER CURIAM.
Appeal dismissed for want of prosecution.

---

151 So. 923

### Ernest, alias Champ, WALLER v. STATE.
### 2 Div. 21.

Supreme Court of Alabama.
Dec. 14, 1933.

Edgar Stewart and B. H. Craig, both of Selma, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

GARDNER, Justice.
The defendant was convicted of murder in the first degree and the death penalty imposed. The appeal is upon the record, and no bill of exceptions. We find nothing in the record to justify a reversal of the judgment of conviction, and it is accordingly here affirmed.

Affirmed.

All the Justices concur.